U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH NIXON,

      Plaintiff,

v.

CITY OF DETROIT, DETECTIVE MOISES JIMENEZ, COMMANDER JAMES TOLBERT, DETECTIVE KURTISS STAPLES, SGT. EDDIE CROXTON, OFFICER ALMA HUGHES-GRUBBS, AND OTHER AS-OF-YET UNKNOWN EMPLOYEES OF THE CITY OF DETROIT,

      Defendants.
_____/

Case No. 5:23-cv-11547-JEL-EAS
Judge Judith E. Levy
Magistrate Judge Elizabeth A. Stafford

## APPEARANCE OF KATHRYN BRUNER JAMES AS COUNSEL FOR PLAINTIFF

Please enter the Appearance of Kathryn Bruner James of Goodman Hurwitz & James, P.C., as counsel on behalf of Plaintiff, KENNETH NIXON, in the above captioned matter.

**Goodman Hurwitz & James, P.C.**

By: /s/ Kathryn Bruner James
Kathryn Bruner James P71374
1394 E. Jefferson Avenue
Detroit, MI 48207
313.567.6170; Fax 313.251-6068
kjames@goodmanhurwitz.com

Dated: June 28, 2023

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, June 28, 2023, she filed a copy of the **Appearance of Kathryn Bruner James as Counsel for Plaintiff** with the Court utilizing the Electronic Filing System which will serve copies of same upon counsel of record.

/s/ Laurel O. Seale
Legal Assistant
Goodman Hurwitz & James, P.C.