U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH NIXON,

      Plaintiff,

v.

CITY OF DETROIT, DETECTIVE MOISES JIMENEZ, COMMANDER JAMES TOLBERT, DETECTIVE KURTISS STAPLES, SGT. EDDIE CROXTON, OFFICER ALMA HUGHES-GRUBBS, AND OTHER AS-OF-YET UNKNOWN EMPLOYEES OF THE CITY OF DETROIT,

      Defendants.

Case No. 5:23-cv-11547-JEL-EAS
Judge Judith E. Levy
Magistrate Judge Elizabeth A. Stafford

_____/

## APPEARANCE OF JULIE H. HURWITZ AS COUNSEL FOR PLAINTIFF

Please enter the Appearance of Julie H. Hurwitz of Goodman Hurwitz & James, P.C., as counsel on behalf of Plaintiff, KENNETH NIXON, in the above captioned matter.

                        **Goodman Hurwitz & James, P.C.**

                        By: /s/ Julie H. Hurwitz
                              Julie H. Hurwitz P34720
                              1394 E. Jefferson Avenue
                              Detroit, MI 48207
                              313.567.6170; Fax 313.251-6068
Dated: June 28, 2023       jhurwitz@goodmanhurwitz.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this day, June 28, 2023, she filed a copy of the **Appearance of Julie H. Hurwitz as Counsel for Plaintiff** with the Court utilizing the Electronic Filing System which will serve copies of same upon counsel of record.

                                        /s/ Laurel O. Seale
                                        Legal Assistant
                                        Goodman Hurwitz & James, P.C.