UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH NIXON,

       Plaintiff,

v.

MOISES JIMENEZ et al.,

       Defendants.
_____/

Case No. 2:23-cv-11547

Honorable Susan K. DeClercq
United States District Judge

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE INCARCERATED WITNESS (ECF No. 81)**

On April 4, 2025, Plaintiff Kenneth Nixon moved for leave under Civil Rule 30(a)(2)(B) to depose Ronrico Simmons, who is currently incarcerated at Federal Correctional Institution Milan in Milan, Michigan. ECF No. 81 at PageID.3238. Defendants do not oppose the motion. *Id.* Generally, this Court "grants leave for such depositions freely, as long as the deposition can be conducted without undue imposition on prison authorities." *El Camino Res., Ltd. v. Huntington Nat'l Bank*, 2009 WL 1228680, at *1 (W.D. Mich. 2009). This Court sees no reason to deny leave here.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Leave to Depose Incarcerated Witness, ECF No. 81, is **GRANTED**.

<u>/s/Susan K. DeClercq</u>  
SUSAN K. DeCLERCQ  
United States District Judge

Dated: April 17, 2025