IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH NIXON,

    Plaintiff,

vs

DETECTIVE MOISES JIMENEZ,
COMMANDER JAMES TOLBERT,
DETECTIVE KURTISS STAPLES,
SGT. EDDIE CROXTON, OFFICER ALMA
HUGHES-GRUBBS, AND OTHER AS-OF-
YET UNKNOWN EMPLOYEES OF THE
CITY OF DETROIT,

    Defendants.

Case No: 23-cv-11547

HON. SUSAN K. DECLERCQ

## DEFENDANT OFFICERS' WITNESS LIST

NOW COMES, Defendants Moises Jimenez, James Tolbert, Kurtiss Staples, Eddie Croxton, and Alma Hughes-Grubbs (collectively, "Defendant Officers") by and through their undersigned attorneys, Nathan & Kamionski, LLP, hereby state that they may call the following lay witnesses at the time of trial:

    1.    Former Judge Bruce U. Morrow

    2.    Kenneth Nixon, c/o Plaintiff's counsel.

    3.    Current and former employees of the City of Detroit[1] with knowledge relevant to this lawsuit including but not limited to:

---

[1] These witnesses may be contacted c/o Defense Counsel.

a. Eddie Croxton

b. James Tolbert

c. Moises Jimenez

d. Kurtiss Staples

e. Alma Hughes-Grubbs

f. Arthur Wimmer

g. Robert Hintz

h. Sgt. Davis (First name unknown)

i. Hermann Worth

j. Herbert Chapman

k. Alvin Goldsmith

l. Frank Maiorana

m. David White

n. David White

o. Sgt. Swatowski

p. Peter Padron

q. Richard Williams

r. Sammie Wright

s. David Tadajewski

t. Manuel Gutierrez

u. B. Mendoza

v. L. Dicicco

w. A. Johnson

2

x. A. Davis

y. R. West

z. R. Clemons

aa. Anthony Jackson

bb. Nicholas Giaqunto

cc. Shadana Gray

dd. Roger McGee

ee. Gery Victor

ff. Timothy Firchau

gg. Karen Miller

hh. Sherri Meisel

ii. Gerald Williams

jj. Robert Winkler

kk. Chris Vintevoghel

ll. Arthur Matthews

mm. Stephanie Sparks

nn. Latrelle McNairy

oo. Williams Niarhos

pp. Mary Gross

qq. Charles Clark

rr. Michael Russell

ss. Brent Scrutchin

4. Current and former employees of the Federal Bureau of Investigation with knowledge relevant to this lawsuit including but not limited to:

    a. Paul Source

    b. T. Hartman

5. Current and former employees of the Michigan State Police with knowledge relevant to this lawsuit including but not limited to:

    a. Matt McCaul

    b. E. Viverette

    c. O. McGuigan

    d. Erin Cohoe

    e. Tracee McIntosh

6. Current and former employees of the Wayne County Sheriff's Department with knowledge relevant to this lawsuit including but not limited to Kevin Semack.

7. Current and former employees of the Wayne County Prosecutor's Office with knowledge relevant to this lawsuit including but not limited to:

    a. Valerie Newman;

    b. Carole Stanyar;

    c. Patrick Muscat;

    d. Christine A Kowal;

    e. Kam Towns; and

    f. Timothy A. Baughman.

8. Current and former employees of the Wayne County Medical Examiner's Office (WCMEO) with knowledge relevant to this lawsuit, including but not limited to:

    a. Carl Schmidt

      b.      Leigh Hlavaty

9.      All current and former employees of the Michigan Department of Corrections with knowledge relevant to this lawsuit.

10.      Dr. Jeturallis (first name unknown).

11.      Charmetria James.

12.      Naomi Vaughn.

13.      Brandon Vaughn.

14.      Tanzania Vaughn.

15.      Ravon McCully.

16.      Ronrico Simmons.

17.      Laquita Simmons.

18.      Latoya Caulford.

19.      Mario Mahdi.

20.      Stanley January.

21.      Daniel Blank.

22.      Robert Kinney.

23.      Expert witnesses to be disclosed in accordance with the scheduling order in this matter.

24.      Any witness named on Plaintiff's witness list.

25.      Any rebuttal witnesses.

Defendants reserve the right to amend this list as witnesses and information

become known during discovery.

Dated:  May 19, 2025                                       Respectfully submitted,

/s/ Christopher J. Raiti
Shneur Nathan
Avi T. Kamionski
Christopher J. Raiti
Andrea M. Frailey
Nathan & Kamionski LLP
500 Griswold Street, Suite 2300
Detroit, MI 48226
(313) 335-3811
craiti@nklawllp.com
snathan@nklawllp.com
akamionski@nklawllp.com
afrailey@nklawllp.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system, which will send notification to all registered parties.

/s/ **Kimberly A. Moin**
Kimberly A. Moin, Paralegal

6