UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Kenneth Nixon,**

          Plaintiff,

Case No.: 24-cv-11547
Hon. Susan DeClerq

v.

**Moises Jimenez et al,**

          Defendants.

## PRIVILEGE LOG

| Document | Privilege |
|---|---|
| MAS Report of Moises Jimenez | Exceeds scope of Rule 26, contains privileged work product |
| MAS Report of Eddie Croxton | Exceeds scope of Rule 26, contains privileged work product |
| MAS Report of Kurtiss Staples | Exceeds scope of Rule 26, contains privileged work product |
| Detroit Fire Department File, p. 9, 14-15, 21-24, 28-30 | Personal identifiable information |
| Detroit Police Department, p. 2-3, 8-34, 39, 45-71, 94-110, 128-129, 143, 149-153, 155-158, 180-183, 186-197, 217, 221, 241, 246-249, 259, 264, 267, 269-295 | Personal identifiable information |
| Detroit Police Department, p. 154, 162-178, 184-185 | LEIN information |
| Incident Reports relating to Brandon Vaughn, p. 1-93 | Exceeds scope of Rule 26, contains personal identifiable information and protected as work product and under the investigator's privilege |

| | |
|---|---|
| Incident Reports relating to Jamil Kosho, p. 1-18 | Exceeds scope of Rule 26, contains personal identifiable information and protected as work product and under the investigator's privilege |
| Incident Reports relating to Ronrico Simmons, p. 1-39 | Exceeds scope of Rule 26, contains personal identifiable information and protected as work product and under the investigator's privilege |
| Incident Reports relating to Stanley January, p. 1-3 | Exceeds scope of Rule 26, contains personal identifiable information and protected as work product and under the investigator's privilege |