IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| KENNETH NIXON, | ) | |
| | ) | Case No. 23-cv-11547 |
| *Plaintiff*, | ) | |
| | ) | Hon. Susan K. DeClercq |
| *v.* | ) | District Judge |
| | ) | |
| MOISES JIMENEZ, *et al.*, | ) | Hon. Elizabeth A. Stafford |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |
| | ) | |

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS BY THIRD-PARTY (ECF No. 91)

Upon consideration of Plaintiff's Motion to Compel Production of Documents by the City of Detroit, Federal Rule of Civil Procedure 45(g), the entire record in this matter, and good cause appearing, the Court being fully advised,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel, ECF No. 91, is **GRANTED** as follows:

1. The City of Detroit shall, within **seven (7) days** of receipt of this Order, produce all documents responsive to Plaintiff's December 11, 2024 subpoenas to the Detroit Police Department and the Detroit Fire Department.

2. For any documents withheld or redacted on the basis of privilege, the City shall serve on Plaintiff a **complete and detailed privilege log** that complies with Fed. R. Civ. P. 45(e)(2)(A), identifying the nature of the documents, communications, or tangible things withheld, and the specific privilege asserted, in sufficient detail to permit evaluation of the claim.

...

3. The City's failure to timely provide an adequate privilege log may result in a finding that any claimed privileges have been **waived**.

Further, Plaintiff, as the moving party, is **ORDERED** to serve the City of Detroit with a copy of this Order. Upon service, Plaintiff must file a proof of service with this Court.

**IT IS SO ORDERED.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: August 28, 2025