IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH NIXON, | Case No: 23-cv-11547 |
| Plaintiff, | HON. SUSAN K. DECLERCQ |
| vs | |
| DETECTIVE MOISES JIMENEZ, COMMANDER JAMES TOLBERT, DETECTIVE KURTISS STAPLES, SGT. EDDIE CROXTON, OFFICER ALMA HUGHES-GRUBBS | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I served via first class mail, a copy of the Defendants' Motion to Compel Production of Documents by Ciera Renee', MA, TLLP and Elevated Counseling to:

> Ciera Renee', MA, TLLP
> Elevated Counseling & Coaching
> 33250 Warren Road, Suite 14
> Warren, MI 48186

/s/ Kimberly A. Moin
Kimberly A. Moin, Paralegal