IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH NIXON,

        Plaintiff,

vs

DETECTIVE MOISES JIMENEZ,
COMMANDER JAMES TOLBERT,
DETECTIVE KURTISS STAPLES,
SGT. EDDIE CROXTON, OFFICER ALMA
HUGHES-GRUBBS, AND OTHER AS-OF-
YET UNKNOWN EMPLOYEES OF THE
CITY OF DETROIT,

        Defendants.

Case No:  23-cv-11547

HON. SUSAN K. DECLERCQ

---

**NOTICE OF SUGGESTION OF DEATH OF DEFENDANT
OFFICER ALMA HUGHES-GRUBBS**

---

NOW COMES the Defendant, Officer Alma Hughes-Grubbs, by and through

her attorneys, Nathan & Kamionski LLP, and pursuant to Rule 25(a)(1) of the

Federal Rules of Civil Procedure, suggests upon the record that Defendant, Officer

Alma Hughes-Grubbs, died on January 7, 2026.

NATHAN & KAMIONSKI, LLP

/s/ *Christopher J. Raiti*
Avi Kamionski (IL 6283191)
Shneur Nathan (IL 6294495)
Christopher J. Raiti (P68600)
Jessica L. Griff (IL 6309134)
Andrew P. Duff (P81854)
*Attorneys for Defendants*
500 Griswold Street, Suite 2300
Detroit, Michigan 48226
(313) 335-3811
craiti@nklawllp.com

Dated:  March 3, 2026

## CERTIFICATE OF SERVICE

I, Christopher J. Raiti, an attorney, hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of the filing on the same day to all counsel of record.

/s/ *Christopher J. Raiti*
Christopher J. Raiti