UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH NIXON,
    Plaintiff,        Case No. 23-cv-11547

v.             Honorable Susan K. DeClercq

MOISES JIMENEZ, et al.,     United States District Judge
    Defendants.
         /

**STIPULATION ADJOURNING FACILITATION AND
EXTENDING DISCOVERY BY 60 DAYS**

Plaintiff Kenneth Nixon and Defendants Detective Moises Jimenez, Commander James Tolbert, Detective Kurtiss Staples, and Sgt. Eddie Croxton, by and through their undersigned counsel, stipulate and agree as follows:

1. Pursuant to the Scheduling Order for Civil Case (Phase I) entered by this Honorable Court on November 26, 2024, Fact Discovery was to be completed by November 26, 2025, and Facilitation was to be held by April 30, 2026. (ECF 72)

2. On October 20, 2025, the Court approved the parties' Stipulation and Order Extending Discovery and All Dates by 180 Days, which extended the Fact Discovery Cut-Off date to May 25, 2026. (ECF 106)

3. Since the amendment of the scheduling order, the parties have diligently continued to conduct detailed and extensive discovery.

4. However, counsel for the parties have agreed that facilitation is

premature at this time and that another modest extension of discovery is required.

5.      Document discovery has been voluminous and heavily litigated between the parties, as well as with third parties. While most discovery issues have been resolved, the document production issues with the City remain, and Plaintiff intends to file a motion with the Court to compel production of the outstanding documents and inspection of the investigative file.

6.      In addition, the parties have completed approximately 20 depositions and have scheduled or are working to schedule approximately 25 more, exclusive of experts.

7.      Moreover, in attempting to schedule the remaining depositions, counsel has identified several current and upcoming scheduling conflicts, to wit:

   a. Multiple attorneys on each side have one- to two-week spring break vacations scheduled between now and mid-April,
   b. An attorney for Defendants is scheduled for surgery in mid-April, which will require a few weeks of physical therapy and recovery, and
   c. At least one attorney for each side will be out of town in early June for pre-planned events and vacations.

8.      Finally, given that discovery is not yet complete—and the parties are rather far apart in their respective valuations of the case—the parties agree that facilitation is premature at this time and that their resources are better spent on completing discovery and revisiting the issue when the Court convenes for Phase II.

9.      Considering the parties' continued and diligent discovery efforts and

the discovery that has yet to be completed, in the spirit of discovery and professionalism, the parties stipulate and agree that discovery should be extended by 60 days, leaving the remaining dates as follows.[1]

| Event | Current Date | New Date |
| --- | --- | --- |
| Facilitation to be held by | April 30, 2025 | N/A; to be revisited in Phase II |
| Phase II Scheduling Conference by Zoom | May 4, 2026 @4:00pm | May 4, 2026 @4:00pm |
| Fact Discovery Cut-off | May 25, 2026 | July 24, 2026 |
| Status Conference via Zoom | July 6, 2026 | July 6, 2026 |
| Plaintiff's Affirmative expert report due | July 27, 2026 | September 28, 2026 |
| Defendants' Affirmative expert report due | August 27, 2026 | October 28, 2026 |
| Rebuttal expert report deadline | September 28, 2026 | November 30, 2026 |

**IT IS SO STIPULATED ON April 1, 2026.**

| | |
| --- | --- |
| */s/Kathryn B. James (w. permission)* | */s/Jessica L. Griff (w. permission)* |
| Kathryn Bruner James (P71374) | Jessica L. Griff (IL 6309134) |
| | Christopher J. Raiti (P68600) |
| Julie H. Hurwitz (P34720) | Andrew P. Duff (P81854) |
| Dayja S. Tillman (P86526) | **Nathan & Kamionski LLP** |
| **Goodman Hurwitz & James, PC** | 500 Griswold, Suite 2300 |
| Detroit, MI 48207 | Detroit, MI 48226 |
| (313) 567-6170 | (313) 335-3811 |
| | |
| Gayle Horn | Avi Kamionski |
| Alyssa Martinez | Shneur Zalman Nathan |
| Jon Loevy | Jessica Griff |
| **Loevy & Loevy** | 206 South Jefferson Street |
| 311 North Aberdeen St., 3rd FL | Chicago, IL 60661 |
| Chicago, IL 60607 | (312) 612-1928 |

[1] The Court has not scheduled deadlines for filing summary judgment motions and the commencement of trial.

(312) 243-5900

*Attorneys for Defendants*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH NIXON,
             Plaintiff,                                 Case No. 23-cv-11547

v.                                           Honorable Susan K. DeClercq

MOISES JIMENEZ, et al.,               United States District Judge
             Defendants.
                        /

**AMENDED CASE MANAGEMENT ORDER**

In accordance with the stipulation of the parties, IT IS HEREBY ORDERED

that the facilitation deadline is adjourned and discovery is extended by 60 days.

Thus, the case management deadlines are amended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Facilitation to be held by | April 30, 2025 | N/A; to be revisited in Phase II |
| Phase II Scheduling Conference by Zoom | May 4, 2026 @4:00pm | May 4, 2026 @4:00pm |
| Fact Discovery Cut-off | May 25, 2026 | July 24, 2026 |
| Status Conference via Zoom | July 6, 2026 | July 6, 2026 |
| Plaintiff's Affirmative expert report due | July 27, 2026 | September 28, 2026 |
| Defendants' Affirmative expert report due | August 27, 2026 | October 28, 2026 |
| Rebuttal expert report deadline | September 28, 2026 | November 30, 2026 |

    **IT IS SO ORDERED**.

                                        */s/ Susan K. DeClercq*
                                        SUSAN K. DeCLERCQ
                                        United States District Judge

Dated: April 10, 2026

5