**Alyssa Martinez <alyssa@loevy.com>**

---

## Nixon v Jimenez

---

**Christopher Michels** <Christopher.Michels@detroitmi.gov>                    Fri, Apr 10, 2026 at 10:19 AM
To: Alyssa Martinez <alyssa@loevy.com>

Attached is the following:

1. Polygraph SOP from 2005
2. The jacket cover
3. Confirmation of no CaseBook or Case Trax.

Regarding the physical inspection, your office already has the entirety of the file and my client has instructed me they will not allow inspection of the homicide files.

And all is doing well. I'm very happy to have springtime in Detroit!

Christopher Michels

Senior Assistant Corporation Counsel

City of Detroit, Law Department

(313) 237-2696

---

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Thursday, April 9, 2026 6:22 PM
**To:** Christopher Michels <Christopher.Michels@detroitmi.gov>
**Subject:** Re: [EXTERNAL] Re: Nixon v Jimenez

Dear Counsel:

I hope you are doing well. I wanted to follow up regarding the requested documents and inquire whether there are any updates.

As it stands, we intend to file a motion next week concerning the physical inspection, on which the parties appear to be at an impasse. If we do not receive an update on the remaining document requests, we anticipate including those issues in the motion as well.

Please let us know where your search is at when you get a chance.

Thanks,

Alyssa

**Alyssa Martinez** (she/her)

Office: (312) 243-5900

311 N Aberdeen St, Chicago, IL 60607

**www.loevy.com**

On Fri, Feb 13, 2026 at 12:46 PM Christopher Michels <Christopher.Michels@detroitmi.gov> wrote:

I also can accept service for Anthony Jackson. He cannot be available on Tuesdays and Thursday.

And to clarify, there are no outstanding documents falling under the Court's order but I am still trying to obtain the new documents for you.

The City already turned over the earliest written policy regarding retention of polygraph records. The case book was not requested with initial requests but I am still trying to have DPD expend resources to find it (if it exists). The same case for Case Tracs. There was not a request for a witness statement given by Lisa Caulford but I still asked DPD for it.

As to the homicide jacket, I am trying to get a clearer scan, but the document was provided.

Christopher Michels

Senior Assistant Corporation Counsel

City of Detroit, Law Department

(313) 237-2696

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Thursday, February 5, 2026 3:45 PM
**To:** Christopher Michels <Christopher.Michels@detroitmi.gov>
**Cc:** Gayle Horn <gayle@loevy.com>; Kathryn James <kjames@goodmanhurwitz.com>; Dayja Tillman <dtillman@goodmanhurwitz.com>
**Subject:** Re: [EXTERNAL] Re: Nixon v Jimenez

Dear Counsel:

Thanks for your time today. As we discussed on the call, these are the outstanding documents that Plaintiff identified in our earlier correspondence: any policy in place governing the retention of polygraph records prior to 2019; the "case book" maintained at the homicide desk; Case Tracs system records related to this investigation; an additional witness statement given to DPD by a woman named Lisa Caulford on May 30, 2005; and (if possible) a more clear scan of the homicide jacket.

To further memorialize the call, you stated that you had made contact with Officers McGee and Vintevoghel. You stated you would accept service on their behalf and requested we send you any documents we seek to refresh their recollection with in a deposition. You also stated that you had not yet been able to make contact with the other officers but were continuing your efforts.

Additionally, you stated that your client objects to a physical inspection and would not produce the file without a court order. As I noted on the call, we will raise that issue with the Court during the upcoming discovery conference.

Lastly, you stated that you had not been able to reach out to Ms. Carr about the polygraph materials. I then stated that Plaintiff would attempt to contact her to try and attain more information about the polygraph records at issue in this case.

Thanks again for your time. To the extent you receive any updates on these matters before the discovery conference (2/17), please let us know and we will inform the Court.

Thanks,

Alyssa

**Alyssa Martinez** (she/her)

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

On Mon, Feb 2, 2026 at 1:29 PM Alyssa Martinez <alyssa@loevy.com> wrote:

> Dear Counsel:
>
> I hope this finds you well. I wanted to follow up for an update on (1) the documents identified in my Nov. 10, 2025 correspondence, (2) the inspection of the investigative file, and (3) whether you are able to accept service for the officers identified in the Jan. 21, 2026 email from my colleague, Gayle Horn. We have a discovery conference in front of Judge DeClercq on Feb. 17, 2026 and would like to be able to give her an update on each of these matters.
>
> I am available tomorrow to discuss on the phone if preferable. Just let me know.
>
> Thanks,
>
> Alyssa
>
> **Alyssa Martinez** (she/her)
>
> Office: (312) 243-5900
> 311 N Aberdeen St, Chicago, IL 60607
> **www.loevy.com**

On Tue, Jan 13, 2026 at 3:54 PM Alyssa Martinez <alyssa@loevy.com> wrote:

Great, thank you. We appreciate it.

---

**Alyssa Martinez** (she/her)

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

On Tue, Jan 13, 2026 at 2:23 PM Christopher Michels <Christopher.Michels@detroitmi.gov> wrote:

I will reach out to see if I can facilitate this.

Christopher Michels

Senior Assistant Corporation Counsel

City of Detroit, Law Department

(313) 237-2696

---

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Tuesday, January 13, 2026 2:14 PM
**To:** Christopher Michels <Christopher.Michels@detroitmi.gov>; Kathryn James <kjames@goodmanhurwitz.com>; Gayle Horn <gayle@loevy.com>; Dayja Tillman <dtillman@goodmanhurwitz.com>
**Subject:** Re: [EXTERNAL] Re: Nixon v Jimenez

Good afternoon:

I hope this finds you well. Just following up on my earlier correspondence. Can you please let us know your position on the parties inspecting the investigative file?

Thank you,

Alyssa

---

**Alyssa Martinez** (she/her)

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

On Thu, Jan 8, 2026 at 10:20 AM Alyssa Martinez <alyssa@loevy.com> wrote:

Good morning:

Thanks for the quick response and confirmation that these are all the docs subject to the recent motion practice.

To your question, Lisa Caulford was a witness in the case, and in her recent deposition, she stated that she provided a witness statement to police on May 30, 2005. That statement hasn't been produced to any of the parties, so we just want to confirm whether or not it's in the investigative file.

In that vein, the parties are interested in inspecting the investigative file in this case. I was told by my colleague that something similar was done with Mr. Cunningham from the Law Dept. in the Calhoun case, with entry of a stipulated protective order. Can you please let me know your position on that here?

Thanks,

Alyssa

---

**Alyssa Martinez** (she/her)

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

On Thu, Jan 8, 2026 at 7:24 AM Christopher Michels <Christopher.Michels@detroitmi.gov> wrote:

I was on vacation and did not see the previous email.

I will try and get the information you have requested, but this is all of the documents the Court ordered the City to turn over.

As an initial matter, regarding your request for information relating to "Lisa Caulford," this is the first time I've seen any reference to that name. I do not recall seeing that name mentioned in the subpoena or any previous emails. I do not know the facts of your case, so can you please provide context for what that document is?

Christopher Michels

Senior Assistant Corporation Counsel

City of Detroit, Law Department

(313) 237-2696

---

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Wednesday, January 7, 2026 4:11 PM
**To:** Christopher Michels <Christopher.Michels@detroitmi.gov>
**Cc:** Gayle Horn <gayle@loevy.com>; Kathryn James <kjames@goodmanhurwitz.com>; Julie Hurwitz <JHurwitz@goodmanhurwitz.com>; Dayja Tillman <dtillman@goodmanhurwitz.com>
**Subject:** Re: [EXTERNAL] Re: Nixon v Jimenez

Dear Counsel:

I hope you had a nice holiday season and that your 2026 is off to a good start. I just wanted to follow up on my 12/23 email and see if you had any updates.

Thanks,

Alyssa

---

**Alyssa Martinez** (she/her)

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

On Tue, Dec 23, 2025 at 10:53 AM Alyssa Martinez <alyssa@loevy.com> wrote:

> Dear Counsel:
>
> Thanks for sending along those documents. As a quick follow up, is there a better scan of the homicide jacket available? It is very dark and difficult to make out.
>
> Second, can you please confirm that the documents you produced are the full extent of the documents the Court ordered the City to produce?
>
> Please also confirm that you have investigated and been unable to locate the other specific documents we requested, including the "case book" maintained at the homicide desk, Case Tracs system records related to this investigation, and a witness statement given to DPD by a woman named Lisa Caulford on May 30, 2005.

We are also acknowledging receipt of the 4-9-19 polygraph directive. However, it does not contain any retention policy for 2005 or information that would help us determine what happened to polygraph records from 2005. Have you had an opportunity to speak with the City of Detroit agent we identified?

Thank you, and happy holidays,

Alyssa

**Alyssa Martinez** (she/her)

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

On Wed, Dec 3, 2025 at 1:32 PM Christopher Michels <Christopher.Michels@detroitmi.gov> wrote:

> Counsel:
>
> I did not receive a copy of this order from your office until a week after it was issued and trying to expeditiously comply.
>
> I have been attempting to contact your office to ensure everything is in order regarding this matter. When I call you office, it goes to voicemail.
>
> I will be uploading the documents indicated by the Court to the same Box.com link previously used. If there is further information or clarity you are seeking, please give me a call.
>
> Christopher Michels
>
> Senior Assistant Corporation Counsel
>
> City of Detroit, Law Department
>
> (313) 237-2696
>
> ---
>
> **From:** Gayle Horn <gayle@loevy.com>
> **Sent:** Monday, December 1, 2025 8:34 AM
> **To:** Alyssa Martinez <alyssa@loevy.com>
> **Cc:** Christopher Michels <Christopher.Michels@detroitmi.gov>; Christopher Raiti <craiti@nklawllp.com>; Kathryn James <kjames@goodmanhurwitz.com>
> **Subject:** Re: [EXTERNAL] Re: Nixon v Jimenez

Mr. Michels,

If you have not already received a copy, please see the attached order, which was entered by the Court last week.

In addition to producing the documents ordered by the Court, can you please respond to Ms. Martinez's earlier correspondence (emails dated Nov. 10 and Nov. 18) regarding the other outstanding responsive documents. The Court ruled that "any other documents held by the City that are responsive to Plaintiff's subpoenas that have not yet been produced must be produced to Plaintiff within 14 days of this Order."

Thank you,

Gayle Horn

On Tue, Nov 18, 2025 at 2:03 PM Alyssa Martinez <alyssa@loevy.com> wrote:

Dear Counsel:

I hope this finds you well. I'm sending this email to follow up on my earlier correspondence. Can you please provide a date certain by which you will be able to produce the identified documents or confirm that they no longer exist?

Thanks,

Alyssa

**Alyssa Martinez** (she/her)

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

On Mon, Nov 10, 2025 at 4:33 PM Alyssa Martinez <alyssa@loevy.com> wrote:

Apologies, I pressed send too quickly. One additional item that we became aware of from depositions in this case is that there may be an additional witness statement given to DPD by a woman named Lisa Caulford that has not been produced. Please include this document in your search for responsive materials.

Thank you,

Alyssa

**Alyssa Martinez** (she/her)

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

On Mon, Nov 10, 2025 at 4:07 PM Alyssa Martinez <alyssa@loevy.com> wrote:

> Dear Counsel:
>
> Two brief follow-ups:
>
> First, thank you for confirming that the APA model policy was adopted by DPD in 2020. Was there any policy in place governing the retention of polygraph records prior to that date?
>
> Second, regarding the search for polygraph materials in this case, have you had an opportunity to contact the City representative we identified?
>
> Separately, we understand from deposition testimony that additional responsive materials may exist that have not yet been produced. In particular, we have not received the homicide jacket, the "case book" maintained at the homicide desk, or Case Tracs system records related to this investigation.
>
> Please produce these responsive documents to the extent they exist or confirm that they no longer exist.
>
> Thank you,
>
> Alyssa
>
> **Alyssa Martinez** (she/her)
>
> Office: (312) 243-5900
> 311 N Aberdeen St, Chicago, IL 60607
> **www.loevy.com**
>
> On Thu, Oct 16, 2025 at 8:54 AM Christopher Michels <Christopher.Michels@detroitmi.gov> wrote:
>
>> The information I was provided indicated that what was sent is the policy adopted by the DPD. It covers the time period of 1/30/2020 until now.

Christopher Michels

Senior Assistant Corporation Counsel

City of Detroit, Law Department

(313) 237-2696

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Thursday, October 16, 2025 1:30 AM
**To:** Christopher Michels <Christopher.Michels@detroitmi.gov>
**Cc:** Gayle Horn <gayle@loevy.com>; Christopher Raiti <craiti@nklawllp.com>
**Subject:** [EXTERNAL] Re: Nixon v Jimenez

Dear Counsel:

Thank you for sending the supplemental materials. As a follow-up, could you please clarify whether the City of Detroit has, or has ever had, an actual retention policy governing polygraph records (in 2005 or at any time thereafter)? We acknowledge receipt of the APA model policy but are unclear how, if at all, it relates to the City's own policy.

Additionally, could you please advise on the scope of your search for responsive records and whether you contacted the City representative we provided regarding the retention of polygraph records?

Thank you,

Alyssa

**Alyssa Martinez** (she/her)

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

On Tue, Oct 14, 2025 at 3:41 PM Christopher Michels <Christopher.Michels@detroitmi.gov> wrote:

> To supplement previous responses:
>
> The City does not possess polygraph materials as indicated in Request 9. They are kept per the attached retention policy.
>
> Additionally, attached is a supplement to the DFD fatal file. I believe all of those documents were already produced but am supplementing with what the Fire Department gave me.




Christopher Michels

Senior Assistant Corporation Counsel

City of Detroit, Law Department

(313) 237-2696

**3 attachments**

📄 **Homicide 568 CaseTrax and Case Book.pdf**
45K

📄 **Polygraph SOP 2005.pdf**
68K

📄 **Cover 05-154-155.pdf**
243K