# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**TERANCE CALHOUN,** by and
through his legal conservators,
Octavia Monroe and
Theodore W. Goodman

        Plaintiff,

v.

**Robert Kane,** et al.,

        Defendants.

Case No.: 24-cv-10184
Hon. Mark A. Goldsmith
Magis. Judge David R. Grand

---

### STIPULATED PROTECTIVE ORDER PRESERVING REDACTED INFORMATION FOR PURPOSES OF ORIGINAL FILE INSPECTION

Counsel Plaintiff and nonparty City of Detroit agree, and the Court being duly advised on the premises, as follows:

### IT IS HEREBY ORDERED THAT:

1. The City of Detroit has agreed, pursuant to Plaintiff's subpoena dated January 24, 2025, to schedule an inspection by Plaintiff's counsel of the complete original Detroit Police Sex Crimes file No. 06-1635 and No. 06-1492 and a jacket taken as physical evidence as RMS No. 0611030335.

2. The inspection will take place on a mutually agreeable date at Detroit Public Safety Headquarters and audio or video of the inspection may be recorded by the Detroit Police Department.

3. The inspection may include taking photographs and measurements of the physical evidence only.

4. Plaintiff's counsel and any agents acting on their behalf agree not to photograph, record, subsequently reproduce, or disclose information derived from portions of documents that counsel for the City of Detroit has redacted in previous productions.

5. Counsel agrees that permitting inspection of the files does not waive any assertion of privilege or protection; all parties and nonparty City of Detroit maintain their respective rights and arguments regarding preserving or challenging such redactions.

6. Plaintiff's counsel may request copies of documents upon their good faith understanding that said document was not previously produced and is relevant and discoverable in the matter. Counsel for the City of Detroit reserves its right to object if appropriate.

**IT IS SO ORDERED.**

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: April 28, 2025

*Approved as to form and content:*

GOODMAN HURWITZ & JAMES, P.C.
By:   *s/Kathryn Bruner James*
Kathryn Bruner James (P71374)
*Attorneys for Plaintiff*

CITY OF DETROIT LAW DEPARTMENT
By:   *s/Patrick Cunningham(w-consent)*
 Patrick Cunningham (P67643)
 *Attorney for Nonparty City of Detroit*

Dated:   April 23, 2025