## DETECTS DPDID Hit Report for 644304

| DPD No | 644304 | CB | 2343296 | DOB | ▓▓▓▓ | Arrest Date | 5/15/2004 | Arrest Time | 1600 |
|---|---|---|---|---|---|---|---|---|---|

| Name | NIXON, KENNETH F | Address | ▓▓ ▓▓▓▓ | ▓▓▓ R/S | B / M |
|---|---|---|---|---|---|

| Offense | POSS STOLEN MTR VEH | Pct | 6 | SCA | 1 | Sector | C | Census Tract | 5438 |
|---|---|---|---|---|---|---|---|---|---|

| Address | W ▓▓▓▓ | At | W ▓▓▓▓ | Pct Booked | 6 |
|---|---|---|---|---|---|

*Case Trax*

rptDETECTSDPDNoNew

CityProduction 000231

**DETECTS Arrest Search**  Find Arrest where: (FirstName = 'KENNETH' AND LastName = 'NIXON' AND DOBDate = #03/29/1986#)

| DPD No | 0 | CB | 2343303 | DOB | ███ | Arrest Date | 5/15/2004 | Arrest Time | 1600 |
|---|---|---|---|---|---|---|---|---|---|
| Name | NIXON, KENNETH F | | | Address | ███ | | ███ R/S | B / M | |
| Offense | PROBATION VIOLATION (MISDEMEANOR) | | | Pct 6 | SCA 1 | Sector C | Census Tract | 5438 | |
| Address | W ███ | | | At | W OUTER DRIVE | | Pct Booked | 6 | |

| DPD No | 0 | CB | 2343301 | DOB | ███ | Arrest Date | 5/15/2004 | Arrest Time | 1600 |
|---|---|---|---|---|---|---|---|---|---|
| Name | NIXON, KENNETH F | | | Address | ███ | | ███ R/S | B / M | |
| Offense | FUGITIVE (MISDEMEANOR) | | | Pct 6 | SCA 1 | Sector C | Census Tract | 5438 | |
| Address | W ███ | | | At | W OUTER DRIVE | | Pct Booked | 6 | |

| DPD No | 0 | CB | 2343300 | DOB | ███ | Arrest Date | 5/15/2004 | Arrest Time | 1600 |
|---|---|---|---|---|---|---|---|---|---|
| Name | NIXON, KENNETH F | | | Address | ███ | | ███ R/S | B / M | |
| Offense | TRAFFIC WARRANTS | | | Pct 6 | SCA 1 | Sector C | Census Tract | 5438 | |
| Address | W ███ | | | At | W OUTER DRIVE | | Pct Booked | 6 | |

| DPD No | 644304 | CB | 2343296 | DOB | ███ | Arrest Date | 5/15/2004 | Arrest Time | 1600 |
|---|---|---|---|---|---|---|---|---|---|
| Name | NIXON, KENNETH F | | | Address | ███ | | ███ R/S | B / M | |
| Offense | POSS STOLEN MTR VEH | | | Pct 6 | SCA 1 | Sector C | Census Tract | 5438 | |
| Address | W ███ | | | At | W OUTER DRIVE | | Pct Booked | 6 | |

CityProduction 000232



**DETECTS Arrest Search**   ind Arrest where: (FirstNan. = 'KENNETH' AND LastName = 'NIXON' AND Race = 'B' AND Sex = 'M' AND DOBDate = #03/29/1986#)

| DPD No | 0 | CB | 2343303 | DOB | ▮ | Arrest Date | 5/15/2004 | Arrest Time | 1600 |
| Name | NIXON, KENNETH F | | | Address | ▮ | | ▮ R/S | B / M | |
| Offense | PROBATION VIOLATION (MISDEMEANOR) | | | Pct | 6 SCA 1 Sector C | Census Tract | 5438 | | |
| Address | W ▮ | | | At | W OUTER DRIVE | Pct Booked | 6 | | |

| DPD No | 0 | CB | 2343301 | DOB | ▮ | Arrest Date | 5/15/2004 | Arrest Time | 1600 |
| Name | NIXON, KENNETH F | | | Address | ▮ | | ▮ R/S | B / M | |
| Offense | FUGITIVE (MISDEMEANOR) | | | Pct | 6 SCA 1 Sector C | Census Tract | 5438 | | |
| Address | W ▮ | | | At | W OUTER DRIVE | Pct Booked | 6 | | |

| DPD No | 0 | CB | 2343300 | DOB | ▮ | Arrest Date | 5/15/2004 | Arrest Time | 1600 |
| Name | NIXON, KENNETH F | | | Address | ▮ | | ▮ R/S | B / M | |
| Offense | TRAFFIC WARRANTS | | | Pct | 6 SCA 1 Sector C | Census Tract | 5438 | | |
| Address | W ▮ | | | At | W OUTER DRIVE | Pct Booked | 6 | | |

| DPD No | 644304 | CB | 2343296 | DOB | ▮ | Arrest Date | 5/15/2004 | Arrest Time | 1600 |
| Name | NIXON, KENNETH F | | | Address | ▮ | | ▮ R/S | B / M | |
| Offense | POSS STOLEN MTR VEH | | | Pct | 6 SCA 1 Sector C | Census Tract | 5438 | | |
| Address | W ▮ | | | At | W OUTER DRIVE | Pct Booked | 6 | | |

CityProduction 000235

## DETECTS Arrest Search

ind Arrest where: (OffenseS etNum = 19380 AND OffenseStreet = 'HAVANA' AND HistStreetNum = 19380 AND HistStreet = 'HAVANA')

| DPD No | 415357 | CB | 846845 | DOB | ███ | Arrest Date | 7/4/1989 | Arrest Time | 1445 |
|---|---|---|---|---|---|---|---|---|---|
| Name | SEIBA, ABDUL K | | | Address | ███ | | | R/S | W / M |
| Offense | A AND B SIMPL ASSLT-STALKING | | | Pct 11 | SCA 1 | Sector | | Census Tract | 5080 |
| Address | ███ | | | At | | | | Pct Booked | 11 |

| DPD No | 415357 | CB | 705338 | DOB | ███ | Arrest Date | 4/15/1988 | Arrest Time | 1825 |
|---|---|---|---|---|---|---|---|---|---|
| Name | SEIBA, ABDUL K | | | Address | ███ | | | R/S | W / M |
| Offense | TRAFFIC WARRANTS | | | Pct 11 | SCA 1 | Sector | | Census Tract | 5080 |
| Address | ███ | | | At | | | | Pct Booked | 11 |

| DPD No | 415357 | CB | 705336 | DOB | ███ | Arrest Date | 4/15/1988 | Arrest Time | 1825 |
|---|---|---|---|---|---|---|---|---|---|
| Name | SEIBA, ABDUL K | | | Address | ███ | | | R/S | W / M |
| Offense | ASSAULT FELONIUS | | | Pct 11 | SCA 1 | Sector | | Census Tract | 5080 |
| Address | ███ | | | At | | | | Pct Booked | 11 |

CityProduction 000299

VCTF (09/04)
Detroit Violent Crime Task Force

| Confidential | **Major Incident Log**<br>A separate log must be<br>used for each shift. | Confidential |
|---|---|---|
| **Name**<br>*Suspect: Bean* ███████████ | **Command Post Location**<br>**DPD HQ** | |
| **Incident Description**<br>*Fatal Firebombing at* ████ *Charleston* | | **Complaint Number**<br>*050200005 (Crisnet)* |

| Date<br>May 20, 2005 | Day<br>Friday | Start Time<br>**1:30**  ☒ AM  ☐ PM | End Time<br>**6:30**  ☒ AM  ☐ PM |
|---|---|---|---|

| Time | Receiving or Transmitting Unit | Activity |
|---|---|---|
| 1:30 AM | | Recalled to area of ████████ (Parra, Giaquinto, Wimmer – 508 Base) Bray, Davis, Mendoza, Gutierrez, Johnson, McGuigan, Sorce, Viverette, West, Dicicco, Clemens, |
| 2:00 AM | | ████████ - Bray, Davis, Mendoza, Gutierrez, Johnson, McGuigan, Sorce, Viverette, West, Dicicco, Clemens relieve Homicide (Jackson, Staples) on surveillance to obtain statement from Brandon Vaughn |
| 4:20am | Parra | **Kenneth Nixon** b/m/dob █████ AKA **Bean,** identified by the command post based on CaseTrax search identifying Crisnet Report 0501150328, and Personal ID N25046522496. The information was e-mailed to the 12th pct by the XO for the VCTF crew standing by to execute a search warrant that was typed by VCTF. Inv Wimmer had the search warrant reviewed and signed by Magistrate Castillo. |
| 4:45am | | Inv Wimmer returns with the search warrant signed by Magistrate Castillo. Information given to the VCTF crew waiting at the 12th pct. A copy of the search warrant was given to A.J. from homicide. The photo of the suspect was emailed to the 12th pct front desk and a copy of the search warrant was faxed to the awaiting crew. |
| 5:18am | Mendoza | VCTF crew leaving the 12th pct to execute the search warrant. |
| 5:20am | Mendoza | ████████ VCTF executing the search warrant clearing and securing location. |
| 5:25am | Sorce | Warrant completed S-1. Kenneth Nixon at location. MSP Canine ordered. |
| 6:00 am | Sorce | Canine & Tow on scene. |
| 6:30 am | Wimmer | **Log closed. Copy given to HOMICIDE.** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CityProduction 000303

## DETECTS Arrest Search     Find Arrest where: (FirstName = 'STANLEY' AND LastName = 'JANUARY' AND Race = 'B' AND Sex = 'M' AND DOBDate = #03/23/1959#)



| DPD No | 0 | CB | 2406294 | DOB | ▉ | Arrest Date | 5/10/2005 | Arrest Time | 935 |
|---|---|---|---|---|---|---|---|---|---|
| Name | JANUARY, STANLEY J | | | Address | ▉ | | | R/S | B / M |
| Offense | ROBBERY ARMED | | | Pct 7 | SCA 4 | Sector C | Census Tract | 5151 |
| Address | ▉ | | At | | | | Pct Booked | 7 |

| DPD No | 0 | CB | 2406303 | DOB | ▉ | Arrest Date | 5/10/2005 | Arrest Time | 935 |
|---|---|---|---|---|---|---|---|---|---|
| Name | JANUARY, STANLEY J | | | Address | ▉ | | | R/S | B / M |
| Offense | PAROLE VIOLATION | | | Pct 7 | SCA 4 | Sector C | Census Tract | 5151 |
| Address | ▉ | | At | | | | Pct Booked | 7 |

| DPD No | 507839 | CB | 1443811 | DOB | ▉ | Arrest Date | 3/28/1995 | Arrest Time | 1245 |
|---|---|---|---|---|---|---|---|---|---|
| Name | JANUARY, STANLEY J | | | Address | ▉ | | | R/S | B / M |
| Offense | PAROLE VIOLATION | | | Pct 1 | SCA 2 | Sector D | Census Tract | 5172 |
| Address | ▉ | | At | | | | Pct Booked | 19 |

| DPD No | 507839 | CB | 1443810 | DOB | ▉ | Arrest Date | 3/28/1995 | Arrest Time | 1245 |
|---|---|---|---|---|---|---|---|---|---|
| Name | JANUARY, STANLEY J | | | Address | ▉ | | | R/S | B / M |
| Offense | ROBBERY ARMED/UDAA | | | Pct 1 | SCA 2 | Sector D | Census Tract | 5172 |
| Address | ▉ | | At | | | | Pct Booked | 19 |

| DPD No | 507839 | CB | 1443812 | DOB | ▉ | Arrest Date | 3/28/1995 | Arrest Time | 1245 |
|---|---|---|---|---|---|---|---|---|---|
| Name | JANUARY, STANLEY J | | | Address | ▉ | | | R/S | B / M |
| Offense | ROBBERY ARMED | | | Pct 1 | SCA 2 | Sector D | Census Tract | 5172 |
| Address | ▉ | | At | | | | Pct Booked | 19 |

| DPD No | 507839 | CB | 1428309 | DOB | ▉ | Arrest Date | 2/5/1995 | Arrest Time | 930 |
|---|---|---|---|---|---|---|---|---|---|
| Name | JANUARY, STANLEY J | | | Address | ▉ | | | R/S | B / M |
| Offense | PAROLE VIOLATION | | | Pct 3 | SCA 7 | Sector A | Census Tract | 5233 |
| Address | ▉ | | At | | | | Pct Booked | 3 |

| DPD No | 507839 | CB | 859935 | DOB | ▉ | Arrest Date | 8/13/1989 | Arrest Time | 730 |
|---|---|---|---|---|---|---|---|---|---|
| Name | JANUARY, STANLEY J | | | Address | ▉ | | | R/S | B / M |
| Offense | FUGITIVE (MISDEMEANOR) | | | Pct 7 | SCA 6 | Sector | Census Tract | 5168 |
| Address | ▉ | | At | | | | Pct Booked | 7 |

| DPD No | 507839 | CB | 859972 | DOB | ▉ | Arrest Date | 8/13/1989 | Arrest Time | 730 |
|---|---|---|---|---|---|---|---|---|---|
| Name | JANUARY, STANLEY J | | | Address | ▉ | | | R/S | B / M |
| Offense | B/E DWELLING | | | Pct 7 | SCA 6 | Sector | Census Tract | 5168 |
| Address | ▉ | | At | | | | Pct Booked | 7 |

| DPD No | 507839 | CB | 671525 | DOB | ▉ | Arrest Date | 12/30/1987 | Arrest Time | 210 |
|---|---|---|---|---|---|---|---|---|---|
| Name | JANUARY, STANLEY J | | | Address | ▉ | | | R/S | B / M |
| Offense | A AND B SIMPL ASSLT-STALKING | | | Pct 5 | SCA 3 | Sector | Census Tract | 5121 |
| Address | ▉ | | At | | | | Pct Booked | 5 |