IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH NIXON,

Plaintiff,

vs

DETECTIVE MOISES JIMENEZ,
COMMANDER JAMES TOLBERT,
DETECTIVE KURTISS STAPLES,
SGT. EDDIE CROXTON,

Defendants.

Case No: 23-cv-11547

HON. SUSAN K. DECLERCQ

# LIST OF EXHIBITS

| | |
|---|---|
| A | Defendant Tolbert's First Set of Interrogatories |
| B | Plaintiff's Answers to Defendant Tolbert's First Interrogatories |
| C | Defendants' 37.1 letter to Plaintiff |
| D | Emails |
| E | Emails |
| F | Plaintiff010406 |
| G | Plaintiff002841-002843 |