# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KENNETH NIXON, Case No: 23-cv-11547

Plaintiff, HON. SUSAN K. DECLERQ

vs

DETECTIVE MOISES JIMENEZ,
COMMANDER JAMES TOLBERT,
DETECTIVE KURTISS STAPLES,
SGT. EDDIE CROXTON

Defendants.

---

**DEFENDANT TOLBERT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF**

Defendants James Tolbert, by his undersigned attorneys, request that, pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Kenneth Nixon, answer the following interrogatories, in writing and under oath within thirty (30) days of today's date:

**DEFINITIONS**

Notwithstanding any definition below, each word, term, or phrase used in these Interrogatories is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure.

**"You," "Your," or "Plaintiff"** shall mean the Plaintiff in this action, including all of Plaintiff's past and present agents, representatives, attorneys, employees, consultants, investigators, and any other person or entity acting or purporting to act on Plaintiff's behalf.

**"Document"** shall mean the original and any non-identical copy (whether different from the original because of notations, different versions, or otherwise) of any written, recorded, filmed, or graphic matter, however produced or reproduced, whether draft or final, including but not limited to: correspondence, memoranda, notes, letters, emails, text messages, reports, studies, analyses, summaries, records, photographs, recordings, contracts, agreements, and any electronically stored information as defined under the applicable rules of civil procedure.

**"Identify" (with respect to a document)** shall mean to state: (a) the type or nature of the document (e.g., letter, memorandum, email, report); (b) the date of the document; (c) the

author(s) or sender(s) of the document; (d) the recipient(s) or addressee(s) of the document; (e) the subject matter of the document; and (f) the Bates number(s) or other identifying designation(s) assigned to the document in this litigation, if any.

**“Identify” (with respect to a person)** shall mean to state the person’s full name, last known address, telephone number, and relationship to the parties in this action.

**“Received”** shall mean obtained, acquired, came into possession of, or was provided, delivered, transmitted, or otherwise made available, whether directly or indirectly, and by any means, including but not limited to personal delivery, mail, electronic mail, facsimile, file transfer, or any other method of communication or transmission.

**“Agent or Representative”** shall mean any person, or entity authorized to act on behalf of another, including but not limited to attorneys, investigators, consultants, employees, and any other person or entity acting at the direction of or for the benefit of another.

**“Circumstances”** shall mean the method, process, or mechanism by which a document was obtained or received, including but not limited to: receipt pursuant to a subpoena (whether trial, grand jury, or other compulsory process); receipt pursuant to a Freedom of Information Act (FOIA) request or other public records request; receipt through formal discovery in any litigation or administrative proceeding; voluntary disclosure or production by any person or entity; receipt through court order; or any other method of acquisition. For each document, the responding party shall specify which of the foregoing methods applies.

**“Medium”** shall mean the physical or electronic format in which a document was received, including but not limited to: hard copy, compact disc (CD), USB or zip drive, email attachment, electronic file transfer, cloud-based file sharing, facsimile, or any other tangible or digital format.

## INSTRUCTIONS

If Plaintiff objects to any Interrogatory, state the specific grounds for the objection. If the objection relates to only part of the Interrogatory, answer the remainder.

If Plaintiff contends that any Interrogatory is vague or ambiguous, state the nature of the alleged ambiguity and answer the Interrogatory as interpreted by Plaintiff.

## INTERROGATORIES

1) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from the Wayne County Prosecutor’s Office. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (c) the circumstances under which the document was received; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received

(e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

2) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from Wayne County Prosecutor's Office Conviction Integrity Unit. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

3) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from the Detroit Police Department. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

4) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from the City of Detroit. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

5) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person

acting on your behalf, from Detroit Fire Department. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

6) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from the Michigan State Police. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

7) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from Wayne County Clerk's Office. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

8) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from Michigan Department of Attorney General. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

9) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from Robert Kinney. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

10) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from Sheldon Halpern. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

11) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from David Cripps. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

12) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from Daniel Blank. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is

unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

13) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from Cooley Law School Innocence Project. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

14) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from Centurion Ministries. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

15) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from Sunshine Investigations. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

16) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from Jane Doe Investigations. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

17) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from Martin Yant. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

18) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from Tracy Nixon. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received (e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

19) Of the documents you have produced in this action, identify by Bates stamp number each and every document that was received by you, your agents, your representatives, or any person acting on your behalf, from Wendy Woods. For each such document, state: (a) the date on which the document was received; (b) the identity of the person who received the document on your behalf; (d) the medium by which the document was received; and (e) if the date of receipt is unknown, state the approximate time period or phase during which the document was received

(e.g., during the criminal trial, while Plaintiff was incarcerated, during post-conviction proceedings, or after the filing of this civil action).

**RESPONSE:**

Dated: May 1, 2026

Respectfully submitted,

*/s/ Jessica L.Griff*
Shneur Nathan
Avi T. Kamionski
Christopher J. Raiti
Jessica L. Griff
Andrew Duff
Nathan & Kamionski LLP
500 Griswold Street, Suite 2300
Detroit, MI 48226
(312) 957- 6594
jgriff@nklawllp.com
craiti@nklawllp.com
snathan@nklawllp.com
akamionski@nklawllp.com
*Attorneys for Defendants*