# EXHIBIT D

**Jessica Griff <jgriff@nklawllp.com>**

## RE: Nixon v Jimenez, et al | Case No: 23-cv-11547

**craiti@nklawllp.com** <craiti@nklawllp.com> Thu, Jun 18, 2026 at 10:37 AM
To: Alyssa Martinez <alyssa@loevy.com>, Andrew Duff <aduff@nklawllp.com>
Cc: Kathryn James <kjames@goodmanhurwitz.com>, Gayle Horn <gayle@loevy.com>, Julie Hurwitz <jhurwitz@goodmanhurwitz.com>, Lauren Lebata <lauren@loevy.com>, Kyle Bryant <kbryant@goodmanhurwitz.com>, Kara Goedde <kgoedde@goodmanhurwitz.com>, Dayja Tillman <dtillman@goodmanhurwitz.com>, Erika Mendoza <emendoza@goodmanhurwitz.com>, Christine Tran <tran@loevy.com>, Jon Loevy <jon@loevy.com>, Jessica Griff <jgriff@nklawllp.com>, Shneur Nathan <snathan@nklawllp.com>, Avi Kamionski <akamionski@nklawllp.com>, Kimberly Moin <kmoin@nklawllp.com>

So, no meet and confer? Also, without some clarity on the nebulous description, *i.e.*, “certain supplemental information”, Defendants are unable to ascertain which areas identified in the R37.1 letter remain in dispute. Please advise.

Chris

Christopher J. Raiti
*Partner*
Nathan & Kamionski LLP

500 Griswold, Suite 2300

Detroit, MI 48226

(313)335-3811

NATHAN & KAMIONSKI LLP

**New York ~ Chicago ~ Baltimore ~ Detroit**

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Thursday, June 18, 2026 11:03 AM
**To:** Andrew Duff <aduff@nklawllp.com>
**Cc:** Kathryn James <kjames@goodmanhurwitz.com>; Gayle Horn <gayle@loevy.com>; Julie Hurwitz <jhurwitz@goodmanhurwitz.com>; Lauren Lebata <lauren@loevy.com>; Kyle Bryant <kbryant@goodmanhurwitz.com>; Kara Goedde <kgoedde@goodmanhurwitz.com>; Dayja Tillman <dtillman@goodmanhurwitz.com>; Erika Mendoza <emendoza@goodmanhurwitz.com>; Christine Tran <tran@loevy.com>; Jon Loevy <jon@loevy.com>; Christopher Raiti <craiti@nklawllp.com>; Jessica Griff <jgriff@nklawllp.com>; Shneur Nathan <snathan@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Kimberly Moin <kmoin@nklawllp.com>
**Subject:** Re: Nixon v Jimenez, et al | Case No: 23-cv-11547

Dear Counsel:

While Plaintiff does not agree with Defendants' characterization of the Court's statements during the December conference, nor with Defendants' assertion that duplicates in the production bears on any claim or defense in this case, Plaintiff is willing to provide certain supplemental information in response to the interrogatories and will do so by Wednesday, June 24.

Thanks,

Alyssa

**Alyssa Martinez** (she/her)
LOEVY + LOEVY
Office: (312) 243-5900
Direct: (773) 903-6638
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

On Mon, Jun 15, 2026 at 4:12 PM Andrew Duff <aduff@nklawllp.com> wrote:

> Counsel,
>
> Please see attached correspondence regarding Plaintiff's Answers to Defendant Tolbert's First Set of Interrogatories.
>
> If you believe a meet and confer is necessary, we would like to do so before the end of this week. Please advise on your availability Wednesday (6/17), Thursday (6/18), or Friday (6/19).
>
> Thank you,
>
> Andrew
>
> --
>
> Andrew P. Duff
>
> *Associate*
>
> Nathan & Kamionski LLP
>
> 500 Griswold St., Suite 2300
>
> Detroit, MI 48226
>
> 313-335-3881 (direct)
>
> 313-769-7097 (fax)
>
> aduff@nklawllp.com

NATHAN & KAMIONSKI LLP

**New York ~ Chicago ~ Baltimore ~ Detroit**

**CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.aduff@nklawllp.com**