# EXHIBIT F

KYM L. WORTHY
PROSECUTING ATTORNEY

JEROME CRAWFORD
CHIEF ASSISTANT

DONN FRESARD
CHIEF OF STAFF

COUNTY OF WAYNE
OFFICE OF THE PROSECUTING ATTORNEY
DETROIT, MICHIGAN

1200 FRANK MURPHY HALL OF JUSTICE
1441 ST. ANTOINE STREET
DETROIT, MICHIGAN 48226-2302

TEL: (313) 224-5746
FAX: (313) 967-3086

January 23, 2017

Wendy S. Woods
1218 Blackburn St.
Greenville, MI 48838

**RE:** Freedom of Information Act Request of (undated), for copies of the prosecutor trial files for People v. Kenneth Fitzgerald Nixon, Wayne County Circuit Court Case #05-005711-01-FC

Dear Ms, Woods:

Our office received the above-described request by U.S. Mail on January 18, 2017. The response date would normally be January 25, 2017. In order to determine the extent of responsive information, an inquiry must be made within this office, and relevant files must be searched. Therefore, we are extending our response time by ten (10) additional business days, and the response will be due on February 8, 2017, at which time we will place a response letter in the U.S. Mail advising you of the results of our search for your records.

This response is from the Wayne County Prosecutor's Office only. In the event that the records you seek are located in multiple County departments, you will receive a separate response from each department.

Sincerely,

*Barbara Brown*

Barbara Brown
FOIA Officer
Wayne County Prosecutor's Office

---

1 The legally required posting of the "Wayne County Freedom of Information Act Procedures & Guidelines," as well as the "Wayne County Summary of FOIA Procedures & Guidelines," are available for viewing under the "Public Records" section of the County's website at the following web address: http://waynecounty.com/county/foia.htm