# EXHIBIT G

CITY OF DETROIT
LAW DEPARTMENT

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 500
DETROIT, MICHIGAN 48226-3535
PHONE 313•224•4550
FAX 313•224•5505
WWW.DETROITMI.GOV

# REQUEST FOR PUBLIC RECORDS UNDER THE MICHIGAN FREEDOM OF INFORMATION ACT, MCL 15.231 *ET SEQ.*

IT IS IMPORTANT TO COMPLETE ALL FIELDS ON THIS FORM BEFORE SUBMISSION.

1. Today's date: 12-10-14
2. Individual making this request: Benjamin S. Werbling, ESQ.
   Firm or company: Law Office of Benjamin S. Werbling PLLC
   Street address: 407 E. Fort St, Ste 103
   City/State/Zip: Detroit, MI 48226
   Telephone number: (313) 962 4994 Fax number: (313) 962 4995
3. Your client or insured: Tracy Nixon
4. Type of record requested: Police Reports / Narratives
5. Name referred to in record: Kenneth Fitzgerald Nixon DOB 3-29-86
6. Type of incident, if any: House Fire (S) / AND or Homeowners Insurance Fraud.
7. Date and time of incident, if any: 2005 specifically, or any other years past 20 years
8. Detroit address or intersection of incident, if any: Charleston Street Detroit, MI 48203
9. A description of the incident, if any, and other information that will assist in locating the requested record: ANY Police reports / Narratives regarding house fires, and or Homeowner's Insurance Fraud relating to house fires at 19428 Charleston St; 19398 Charleston St; 19403 Charleston St; 22100 Grand river, Police Report # 0404190233 / AND if any of the above involved a Jamil Kosho.

Signature: [signature] P64889

NOTE: If the requested record pertains to an individual other than the requestor, a notarized authorization to release the record may be required from the person who is the subject of the request.

HAND-DELIVER OR MAIL THIS REQUEST TO:

City of Detroit Law Department
Governmental Affairs Section
Freedom of Information Division
500 Coleman A. Young Municipal Center
2 Woodward Avenue
Detroit, Michigan 48226-3437

G:\DOCS\FOIA\hacka\a32000\form\HA6653.WPD

DWI_ALLCOMB_001976

Copied Crt file for:

Atty Ben Walling

Date 4/29/15

Defendant's Name Kenneth Nixon

Case # 05-5711

Stephanie Bullough

County Clerk's Ofc.

CITY OF DETROIT
LAW DEPARTMENT

RECEIVED
DEC 17 2014
CITY OF DETROIT
LAW DEPARTMENT

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 500
DETROIT, MICHIGAN 48226-3535
PHONE 313•224•4550
FAX 313•224•5505
WWW.DETROITMI.GOV

# REQUEST FOR PUBLIC RECORDS UNDER THE MICHIGAN FREEDOM OF INFORMATION ACT, MCL 15.231 *ET SEQ*.

IT IS IMPORTANT TO COMPLETE ALL FIELDS ON THIS FORM BEFORE SUBMISSION.

1. Today's date: 12-10-14
2. Individual making this request: Benjamin S. Werbling, ESQ.
   Firm or company: Law Office of Benjamin S. Werbling PLLC
   Street address: 407 E. Fort St, Ste 103
   City/State/Zip: Detroit, MI 48226
   Telephone number: (313) 9624994 Fax number: (313) 9624995
3. Your client or insured: Tracy Nixon
4. Type of record requested: Police Reports / Narratives
5. Name referred to in record: Kenneth Fitzgerald Nixon DOB 3-29-86
6. Type of incident, if any: House fire(s) / AND or Homeowners Insurance Fraud.
7. Date and time of incident, if any: 2005 specifically, or any other years past 20 years
8. Detroit address or intersection of incident, if any: Charleston Street Detroit, MI 48203
9. A description of the incident, if any, and other information that will assist in locating the requested record: ANY Police reports/Narratives regarding house fires, and or Homeowner's Insurance Fraud relating to house fires at 19428 Charleston St; 19398 Charleston St; 19403 Charleston St; 22100 Grand River; Police Report # 0404190233 / AND if any of the above involved a Jamil Kosho.

Signature: [signature] P64889

NOTE: If the requested record pertains to an individual other than the requestor, a notarized authorization to release the record may be required from the person who is the subject of the request.

HAND-DELIVER OR MAIL THIS REQUEST TO:

City of Detroit Law Department
Governmental Affairs Section
Freedom of Information Division
500 Coleman A. Young Municipal Center
2 Woodward Avenue
Detroit, Michigan 48226-3437

G:\DOCS\FOIA\hackala\a32000\form\HA6653.WPD

12/17/2014 14:33 3139624995 WERBLING HILL CAN AM PAGE 01/01