# EXHIBIT 6

Outlook

## Re: Nixon v Jimenez, et al | Case No: 23-cv-11547 Pls 3rd Supp Answers to Def 1st Rogs

**From** Alyssa Martinez <alyssa@loevy.com>
**Date** Mon 12/15/2025 11:43 PM
**To** Erika Mendoza <emendoza@goodmanhurwitz.com>
**Cc** Christopher Raiti <craiti@nklawllp.com>; Kimberly Moin <kmoin@nklawllp.com>; Jessica Griff <jgriff@nklawllp.com>; Shneur Nathan <snathan@nklawllp.com>; Andrew Duff <aduff@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Kathryn James <kjames@goodmanhurwitz.com>; Julie Hurwitz <JHurwitz@goodmanhurwitz.com>; Dayja Tillman <dtillman@goodmanhurwitz.com>; Gayle Horn <gayle@loevy.com>; Christine Tran <tran@loevy.com>; Lauren Lebata <lauren@loevy.com>

1 attachment (247 KB)
SECOND SUPP Resp to Defs 1st RFPs.pdf;

Dear Counsel:

Please see attached for Plaintiff's supplemental responses to Defendants' First Set of RFPs.

We had some technical difficulties, so we are sending the documents themselves and videos to you all on a USB. Can you please confirm that the USB should be sent to Nathan & Kamionski LLP, 500 Griswold, Suite 2300, Detroit, MI 48226?

Thanks,
Alyssa

**Alyssa Martinez** (she/her)
LOEVY + LOEVY
Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

On Mon, Dec 15, 2025 at 4:11 PM Erika Mendoza <emendoza@goodmanhurwitz.com> wrote:

> Counsel,
>
> In the above-referenced matter, attached please find Plaintiff's Third Supplemental Answers to Defendant's First Interrogatories.
>
> Regards,
>
> ***Erika Mendoza***

Paralegal
Goodman Hurwitz & James, P.C.
684 W. Baltimore St., Ste. 201
Detroit, MI 48202
313-567-6170
emendoza@goodmanhurwitz.com