# EXHIBIT 7




detroit police D.P.D. 568 (rev. 9/97)

**INTER-OFFICE MEMORANDUM**
**HOMICIDE SECTION**

Date: May 23, 2005

To: Lt. James W. Tolbert, Commanding Officer, Homicide (Through Channels)

Subject: **RE-INTERVIEW OF OUR STAR WITNESS, BRANDON VAUGHAN**

On May 20, 2005 I interviewed Brandon Vaughan about the fatal fire which killed his brother and sister just hours after the incident. I asked the thirteen year old a series of questions. Have you seen that vehicle before? (2 door, green, Neon,) And his response was "yes, earlier today bean was the passenger, his baby's mama was driving. Could you see who was driving the car that bean was riding in (after he threw the cocktail)? And his response was "No". Brandon answered my questions without hesitation each time.

On May 21, 2005, someone ordered Sgt Clark to take a follow up statement from this young man and he now is naming Latoya Caulford the driver of that vehicle at the time of the fire. This new statement was obviously coached by family members. We now have two contradictory statements as to the identification of the driver of the vehicle. Our star witness is thirteen years old. By introducing two different statements will only make his testimony in court difficult at best. Furthermore, this new statement will only make the case against Kenneth Nixon come into a question of fact and puts our case in jeopardy.

KURTISS STAPLES
Police Officer, 4393
Homicide Section