# EXHIBIT 13

**KYM L. WORTHY**
PROSECUTING ATTORNEY

COUNTY OF WAYNE
**OFFICE OF THE PROSECUTING ATTORNEY**
DETROIT, MICHIGAN

1200 FRANK MURPHY HALL OF JUSTICE
1441 ST. ANTOINE STREET
DETROIT, MICHIGAN 48226-2302

TEL: (313) 224-5777
FAX: (313) 224-0974

WORK PRODUCT MEMO

TO: Deputy Chief Elizabeth Walker
Wayne County Prosecutor's Office-Homicide Unit

FROM: APA Patrick Muscat
Wayne County Prosecutor's Office-Homicide Unit
(313) 967-6853 desk (313) 213-0600 cell

RE: People v. Kenneth Nixon and Latoya Caulford
Trial Date: 9/12/05 DPD Jacket #05-154 and #05-155

Date: 8/17/05

---

Dear Betty,

I am requesting a polygraph on Latoya Caulford regarding this murder case. The allegations are that she drove a car while her current boyfriend (Kenneth Nixon) threw a Molotov cocktail into the home of the ex-boyfriend (Rico Simmons). Two children were killed as a result. The incident occurred at approximately 11:55 p.m. on May 19th, 2005.

The evidence against Ms. Caulford is somewhat inconsistent. Brandon Vaughn, a 13-year old witness, identifies her, however, this witness first stated to responding police officers and arson investigators that he could not id the driver of the car in this incident. In his first written statement he states that he could not see the driver. The next day, he gives a second written statement identifying Ms. Caulford as driving the car during the firebombing. He knows both defendants from the neighborhood. This witness lives with Rico Simmons, the target of the assault. From the beginning, Brandon Vaughn identifies the car in this incident as a green Neon. He also consistently identifies Nixon committing the act. He is inconsistent regarding Caulford.

Ms. Caulford has maintained her innocence from the beginning. In her statements (see attached) dated May 20th, 2005, she claims that she doesn't know anything about the fire. She claims Kenneth Nixon was with her till 8 or 9 p.m. when he left for some milk. He never got the milk, instead telling her that he had to close up the auto shop that he works at. She never indicates what time he came home, but states when he did that he talked on the phone for a while, ate and took a shower.

I have listened to hours of Ms. Caulford's jail phone calls. She has consistently maintained her innocence in a manner that causes me some to have questions about the strength of this case.

I would like to have a polygraph done on Ms. Caulford. I would like her questioned specifically on whether or not she drove the car that was used in this firebombing; if she knows anything about the firebombing; if she knows anything about Nixon being involved in the firebombing; if Nixon told her anything about it; the exact times Nixon was home the night of the incident, etc.

Other facts of interest:

A K-9 unit positively alerted for accelerants in her car, a 1995 green Plymouth Neon. The K-9 indicated positive on the front right corner of the front passenger seat, alerted on the floor below front right passenger seat, and the clothes on the rear right seat (they are *Fatty* girl brand shorts, long sleeve shirt and pink sweat pants). Of course, this doesn't prove that she drove, but it's likely her car was used.

The K-9 also positively alerted on clothes seized from Nixon's home at the time of his arrest, although he maintains that he is a mechanic and is exposed to gas daily.

Please contact me if you have any questions or concerns. Lt. Vintevoghel has assigned Sgt. Michael Russell to be the contact person to do the follow-up work. I guess he is my OIC now. His cell is (313) 903-4900.

The original OIC's were A.J. and Kurtiss Staples. Defense counsel is Dan Blank. He can be paged at (313) 275-1551.

Thanks,

APA Patrick Muscat
1441 St. Antoine-Homicide Division
Wayne County Prosecutor's Office
Detroit, MI 48072
(313) 967-6853 desk
(313) 213-0600 cell

CC: Rob Moran-WCPO